**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2494**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MARIA S. CRUZ; VANESSA LOZANO; YVONNE LOZANO,

                              Claimants - Appellants,

        and

PROPERTY, 3714 CANCUN LOOP, WEBB COUNTY,
LAREDO, TEXAS, WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

                              Defendant,

JOSE ANTONIO LOZANO; HILL TOP FARM, LIMITED, a
Texas Limited Partnership,

                              Claimants.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-98-11)

———————

Submitted:  June 8, 2005            Decided:  July 12, 2005

———————

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maria S. Cruz, Vanessa Lozano, Yvonne Lozano, Appellants Pro Se. Lynne P. Klauer, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders denying their motions to set aside the judgment of forfeiture regarding their home and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Cruz, No. CA-98-11 (M.D.N.C. filed Sept. 8, 2004 & entered Sept. 9, 2004 & Jan. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED